**2010–0263. Tillman v. State.**

Hamilton App. No. C–081276. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would not accept the appeal on Proposition of Law Nos. VI and VII.

Motion for stay of jurisdictional question denied as moot.

**2010–0264. Faulkner v. State.**

Hamilton App. No. C–090130. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would not accept the appeal on Proposition of Law Nos. VI and VII.

Motion for stay of jurisdictional question denied as moot.

**2010–0265. Turner v. State.**

Hamilton App. No. C–090105. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would not accept the appeal on Proposition of Law Nos. VI and VII.

Motion for stay of jurisdictional question denied as moot.

**2010–0274. State v. Rice.**

Lake App. No. 2008–L–105, 2009-Ohio-6999. Discretionary appeal accepted on Proposition of Law Nos. II–VI; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would also accept the appeal on Proposition of Law No. VII.

LANZINGER, J., not participating.

**2010–0285. Adamson v. State.**

Lake App. No. 2008–L–045, 2009-Ohio-6996. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

LANZINGER, J., not participating.

**2010–0291. Hungerford v. State.**

Lake App. No. 2008–L–073, 2009-Ohio-6997. Discretionary appeal accepted on Proposition of Law Nos. I–IV, VII, IX, and X; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would not accept the appeal on Proposition of Law No. X.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., would also accept the appeal on Proposition of Law Nos. V, VI, and VIII.

O'CONNOR and CUPP, JJ., would not accept the appeal on Proposition of Law No. VII.

LANZINGER, J., not participating.